RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: DIANE CINTRON
8421 COLOMBIA AVENUE
NORTH BERGEN, NJ 07047

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 21-16388

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $25,068.00**

## RECEIPTS AS OF 01/14/2022        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/14/2021 | $150.00 | 8014437000 | 11/03/2021 | $150.00 | 8060597000 |
| 11/29/2021 | $516.00 | 8106148000 | 12/20/2021 | $516.00 | 8157991000 |

**Total Receipts: $1,332.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $1,332.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 66.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 775.20 | 2,974.80 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 14,583.42 | * | 0.00 | |
| 0002 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 254.92 | 100.00% | 0.00 | |
| 0007 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | BANK OF AMERICA | UNSECURED | 7,732.91 | * | 0.00 | |
| 0017 | BANK OF AMERICA | UNSECURED | 6,030.39 | * | 0.00 | |
| 0018 | BANK OF AMERICA | UNSECURED | 5,371.17 | * | 0.00 | |

**Chapter 13 Case # 21-16388**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $841.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $1,332.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $841.80    =    Funds on Hand: $490.20

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.