RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  DIANE CINTRON
8421 COLOMBIA AVENUE
NORTH BERGEN,  NJ  07047

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 21-16388

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $25,068.00**

## RECEIPTS AS OF 01/01/2024       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/14/2021 | $150.00 | 8014437000 | 11/03/2021 | $150.00 | 8060597000 |
| 11/29/2021 | $516.00 | 8106148000 | 12/20/2021 | $516.00 | 8157991000 |
| 01/24/2022 | $516.00 | 8229229000 | 01/27/2022 | ($516.00) | 8229229000 |
| 01/28/2022 | $516.00 | 8235969000 | 03/17/2022 | $516.00 | 8344347000 |
| 04/11/2022 | $516.00 | 8397386000 | 05/02/2022 | $516.00 | 8433311000 |
| 05/26/2022 | $516.00 | 8488685000 | 06/22/2022 | $516.00 | 8542014000 |
| 08/01/2022 | $516.00 | 8620049000 | 08/29/2022 | $516.00 | 8672289000 |
| 10/03/2022 | $516.00 | 8743145000 | 11/01/2022 | $516.00 | 8798584000 |
| 11/28/2022 | $516.00 | 8845419000 | 12/19/2022 | $516.00 | 8890726000 |
| 01/17/2023 | $516.00 | 8942567000 | 02/21/2023 | $516.00 | 9007800000 |
| 03/20/2023 | $516.00 | 9061366000 | 04/07/2023 | $516.00 | 9100870000 |
| 05/25/2023 | $516.00 | 9183764000 | 06/20/2023 | $516.00 | 9229414000 |
| 07/20/2023 | $516.00 | 9283269000 | 08/11/2023 | $516.00 | 9324090000 |
| 09/18/2023 | $516.00 | 9385243000 | 10/18/2023 | $516.00 | 9436981000 |
| 11/20/2023 | $516.00 | 9491977000 | 12/18/2023 | $516.00 | 9538598000 |

**Total Receipts: $13,716.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $13,716.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024       (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 08/15/2022 | $103.97 | 895,916 | 08/15/2022 | $55.13 | 895,916 |
| | 08/15/2022 | $42.99 | 895,916 | 08/15/2022 | $38.29 | 895,916 |
| | 09/19/2022 | $215.37 | 897,514 | 09/19/2022 | $114.20 | 897,514 |
| | 09/19/2022 | $89.06 | 897,514 | 09/19/2022 | $79.32 | 897,514 |
| | 10/17/2022 | $215.37 | 899,189 | 10/17/2022 | $114.20 | 899,189 |
| | 10/17/2022 | $89.06 | 899,189 | 10/17/2022 | $79.32 | 899,189 |
| | 11/14/2022 | $210.89 | 900,765 | 11/14/2022 | $111.82 | 900,765 |

**Chapter 13 Case # 21-16388**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/14/2022 | $87.20 | 900,765 | | 11/14/2022 | $77.70 | 900,765 |
| | 12/12/2022 | $210.91 | 902,317 | | 12/12/2022 | $111.83 | 902,317 |
| | 12/12/2022 | $87.21 | 902,317 | | 12/12/2022 | $77.68 | 902,317 |
| | 01/09/2023 | $210.90 | 903,807 | | 01/09/2023 | $77.68 | 903,807 |
| | 01/09/2023 | $87.21 | 903,807 | | 01/09/2023 | $111.83 | 903,807 |
| | 02/13/2023 | $210.92 | 905,330 | | 02/13/2023 | $111.85 | 905,330 |
| | 02/13/2023 | $87.22 | 905,330 | | 02/13/2023 | $77.63 | 905,330 |
| | 03/13/2023 | $210.90 | 906,948 | | 03/13/2023 | $111.83 | 906,948 |
| | 03/13/2023 | $87.21 | 906,948 | | 03/13/2023 | $77.68 | 906,948 |
| | 04/17/2023 | $210.85 | 908,529 | | 04/17/2023 | $111.84 | 908,529 |
| | 04/17/2023 | $87.22 | 908,529 | | 04/17/2023 | $77.71 | 908,529 |
| | 05/15/2023 | $223.64 | 910,154 | | 05/15/2023 | $174.40 | 910,154 |
| | 05/15/2023 | $155.34 | 910,154 | | 05/15/2023 | $421.86 | 910,154 |
| | 07/17/2023 | $208.67 | 913,135 | | 07/17/2023 | $110.65 | 913,135 |
| | 07/17/2023 | $86.29 | 913,135 | | 07/17/2023 | $76.85 | 913,135 |
| | 08/14/2023 | $208.67 | 914,652 | | 08/14/2023 | $110.65 | 914,652 |
| | 08/14/2023 | $86.29 | 914,652 | | 08/14/2023 | $76.85 | 914,652 |
| | 09/18/2023 | $417.34 | 916,149 | | 09/18/2023 | $221.30 | 916,149 |
| | 09/18/2023 | $172.57 | 916,149 | | 09/18/2023 | $153.71 | 916,149 |
| | 11/13/2023 | $208.61 | 919,074 | | 11/13/2023 | $110.67 | 919,074 |
| | 11/13/2023 | $86.30 | 919,074 | | 11/13/2023 | $76.87 | 919,074 |
| | 12/11/2023 | $205.38 | 920,497 | | 12/11/2023 | $108.83 | 920,497 |
| | 12/11/2023 | $84.90 | 920,497 | | 12/11/2023 | $75.62 | 920,497 |
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 08/15/2022 | $254.92 | 895,478 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 737.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 14,583.42 | * | 3,675.93 | |
| 0002 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 254.92 | 100.00% | 254.92 | |
| 0007 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | BANK OF AMERICA | UNSECURED | 7,732.91 | * | 1,949.14 | |
| 0017 | BANK OF AMERICA | UNSECURED | 6,030.39 | * | 1,520.03 | |
| 0018 | BANK OF AMERICA | UNSECURED | 5,371.17 | * | 1,353.87 | |
| 0019 | CAPITAL ONE/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |

Total Paid: $13,241.27
See Summary

**Chapter 13 Case # 21-16388**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $13,716.00    -    Paid to Claims: $8,753.89    -    Admin Costs Paid: $4,487.38    =    Funds on Hand: $474.73

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.